UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRANSAMERICA LIFE
INSURANCE COMPANY,

    Plaintiff,

v.

DARLEEN LYNN HUGHES, KELLY
HUGHES, and KARMEN HUGHES
WANG,

    Defendants.

CASE NO. 2:17-cv-01434 JPD

ORDER GRANTING MOTION FOR
DISBURSEMENT OF REGISTRY
FUNDS TO DARLEEN LYNN HUGHES

This matter comes before the Court upon notification from counsel for Darleen Lynn Hughes that, contrary to the parties' previous representation that the insurance proceeds and registry funds at issue in this case had already been disbursed to the appropriate parties,[1] Ms. Hughes had not yet received the insurance proceeds according to the parties' settlement agreement. The Court subsequently confirmed with the Clerk of the Court that, indeed, the insurance proceeds at issue in this case were still being held in the registry of the Court and had not yet been disbursed to Darleen Lynn Hughes in accordance with the parties' settlement agreement.

---

[1] The parties confirmed to the Court during the June 1, 2018 telephone status conference, Dkt. 27, and again in their signed stipulated order of dismissal, Dkt. 26, that all registry funds had already been disbursed to the appropriate parties. This representation was not accurate.

ORDER - 1

Accordingly, the Court ORDERS as follows:

(1) Ms. Hughes' proposed order, Dkt. 30, which the Court construes as a Motion for Disbursement of Registry Funds pursuant to LCR 67(b), is GRANTED.

**(2) The Clerk is authorized and directed to draw a check(s) on the funds deposited in the registry of this Court in the principal amount of $ 119, 347.94, plus all accrued interest, minus any statutory users fees, payable to Darleen Lynn Hughes, and mail or deliver the check to Ms. Hughes.**

DATED this 26th day of July, 2018.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER - 2